IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID V. MAYO, for himself and others similarly situated, | : : : : CIVIL ACTION |
| Plaintiff, | : : No. |
| v. | : : |
| TITLEMAX OF DELAWARE, INC., | : : |
| Defendant. | : : |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant TitleMax of Delaware, Inc. ("TitleMax") states as follows:

1. TitleMax does not have a parent corporation.

2. No public company owns 10% or more of its stock.

Dated:  July 2, 2021

Respectfully submitted,

/s/ *Richard J. Zack*
Richard J. Zack (PA 77142)
Brian M. Nichilo (PA 313786)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
richard.zack@troutman.com
brian.nichilo@troutman.com

*Counsel for Defendant TitleMax of Delaware, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2021, a true and correct copy of the forgoing Corporate Disclosure Statement was served by United States mail and electronic mail on the following:

> Robert F. Salvin, Esq.
> Two Bala Plaza, Suite 300
> Bala Cynwyd, PA 19004-1573
> Tel.: 215-300-2388
> robert.salvin@outlook.com
>
> *Counsel for Plaintiff David V. Mayo*

                                                /s/ *Richard J. Zack*
                                                Richard J. Zack