

Exhibit "P-2"

001