IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID V. MAYO, individually and on behalf of others similarly situated,** : : : | |
| v. : | CIVIL ACTION NO. 21-2964 |
| : | |
| **TITLEMAX OF DELAWARE, ET AL.** : : | |

**ORDER**

This 5th day of January, 2022, upon consideration of Defendant's Motion to Dismiss, ECF 12, and the responses and replies thereto, it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** as to Count II of Plaintiff's Amended Complaint, ECF 7, regarding the RICO claim against Defendant Tracy Young which is **DISMISSED** without prejudice**.** The motion is **DENIED** in all other respects.

       /s/ Gerald Austin McHugh
       United States District Judge