# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID V. MAYO, individually and on behalf of others similarly situated,** | : : : | |
| v. | : : | **CIVIL ACTION NO. 21-2964** |
| **TITLEMAX OF DELAWARE, INC., et al.** | : : : | |

## ORDER

This 24th day of May, 2023, by consent of the parties, it is hereby **ORDERED** that Defendant's Motion, ECF 30, is **GRANTED** and that this action is **STAYED** pending arbitration. The Clerk's Office is requested to place this case in civil suspense.

    /s/ Gerald Austin McHugh
United States District Judge