IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID V. MAYO**, *individually and on behalf of others similarly situated*,<br><br>v.<br><br>**TITLEMAX OF DELAWARE, INC.** et al. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Civil Action No. 21-2964** |

## ORDER

This 22nd day of February, 2024, it having been reported that the above captioned action has been settled, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Clerk is directed to remove from suspense and close this case.

/s/ Gerald A. McHugh
United States District Judge